No. 03-14-00457-CV

In the
UNITED STATES COURT of APPEALS
for the THIRD CIRCUIT

LINDA BALDWIN,
Plaintiff - Appellant

V.

ZURICH AMERICAN INSURANCE COMPANY,
Defendant - Appellee

On Appeal from the 261st District Court of Travis County, Texas
CAUSE NO. D-1-GN-13-001281, Gisela D. Triana, Judge Presiding

APPELLATE BRIEF

CHANGE OF ADDRESS

TO THE HONABLE JUDGE OF SAID COURT: Linda Baldwin, Appellant give notice of change of address from 10151 Dorrell Lane, #1164 Las Vegas, NV 89166 to 9182 Brilliant Prairie Cove, Las Vegas NV 89164

Respectfully Submitted
Linda Baldwin, Pro se Cove
9182 Brilliant Prairie Court
Las Vegas, Nevada 89164
512-605-7638

RECEIVED
SEP 0 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE

I, Linda Baldwin, hereby certify that on this August 28, 2015, 2014, I served a true and correct copy of Appellant's Brief change of address, via mail, as follows:

Jessica McCarthy
Flahive, Ogden, Latson
P.O. Box Drawer 201329
Austin, Texas 78720

Linda Baldwin, Pro se
9182 Brilliant Prairie Court
Las Vegas, Nevada 89164
512-605-7638

FOREVER | USA

LAS VEGAS NV 890

28 AUG 2015 PM 2 L

Jordn Bulllny
91.52 Burlington ane Court
Las Vegas NV 89164

Third Court of Appeal
PoBox 12547
Austin Tx 78711

78711254747